CHISJOE, INC., Appellant, v. TOWN OF HEMPSTEAD, Respondent.—

No opinion. Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ.

HERBERT H. GOLDMARK et al., Respondents, v. A. BAMBERGER CORP. et al., Appellants.—

No opinion. Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ., concur.

LILLIAN HANSELL et al., Appellants, v. EDGAR A. GALVANI, Respondent.—

Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ. [See *post*, p. 1104.]

CAROL S. BUONGIORNO, Respondent, v. JOSEPH BUONGIORNO, Appellant.—

No opinion. Appeal from decision dismissed, without costs. No appeal lies from a decision. Present — Wenzel, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.